UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
THOR 172 FIFTH AVENUE, LLC,                    :
:
                             Plaintiff,       :
:         22-CV-1487 (VSB)
          -against-                            :
:         **ORDER**
RITUALS COSMETICS ENTERPRISE BV     :
and RITUALS COSMETICS USA, INC.,            :
:
                        Defendants.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      By May 19, 2022, the parties shall file a joint letter stating whether or not they would like this action referred to the designated magistrate judge for settlement discussions.

SO ORDERED.

Dated:    May 16, 2022
             New York, New York

                                                       Vernon S. Broderick
                                                       United States District Judge